# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher P Chasey  
              Debtor(s)

BK NO. 24-02453 MJC

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*  
Brent Lemon  
17 Jan 2025, 12:42:41, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322