**KIM M. DIDDIO**
ATTORNEY & COUNSELOR AT LAW
17 North 6th Street
Stroudsburg, PA 18360
Telephone (570) 801-1336 · Facsimile (570)421-8757
E-Mail: kdiddio@diddiolaw.com

February 28, 2025

Court Clerk
United States Bankruptcy Court
Middle District of Pennsylvania

*Re:* ***Christopher P. Hardy***
***Bankruptcy Case No. 5:24-BK-02453***

Please note that the mailing address for the Debtors has changed to:

Christopher P. Hardy
682 Rose Quartz Lane
Lexington, SC 29073

        Very truly yours,

        */s/ Kim M. Diddio*

        KIM M. DIDDIO, ESQ.