| In re: | Case No. 24-02453-MJC |
|---|---|
| Christopher P Hardy | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 318 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher P Hardy, 682 Rose Quartz Lane, Lexington, SC 29073-9829 |
| 5656509 | #+ | Amanda Chasey, Po Box 254, Canadensis, PA 18325-0254 |
| 5656514 | + | CMG MORTGAGE INC, 3160 CROW CANYON RD STE, SAN RAMON, CA 94583-1368 |
| 5656518 | + | Esq. Michael J. Doughtery, Weltman Weinberg & Reis Co, 520 Walnut St STE 1355, Philadelphia, PA 19106-3602 |
| 5656520 | + | Jonathan Cawley, Esq., Hayt Hayt & Landau, LLC, 123 S Broad Street STE 1325, Philadelphia, PA 19109-1000 |
| 5656508 | | TOYOTA FINANCIAL, PO Box 9768, Cedar Rapids, IA 52409 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5656510 | ^ | MEBN | Oct 01 2025 18:44:13 | Arcadia Recovery Bureau LLC, PO Box 6768, Reading, PA 19610-0768 |
| 5656511 | + | EDI: BANKAMER | Oct 01 2025 22:45:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5683156 | | EDI: BANKAMER | Oct 01 2025 22:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5656512 | + | EDI: CAPITALONE.COM | Oct 01 2025 22:45:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5656513 | + | EDI: CITICORP | Oct 01 2025 22:45:00 | CITI, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 5656514 | + | EDI: AISCMGFIN | Oct 01 2025 22:45:00 | CMG MORTGAGE INC, 3160 CROW CANYON RD STE, SAN RAMON, CA 94583-1368 |
| 5656515 | ^ | MEBN | Oct 01 2025 18:44:03 | D&A Services, 1400 E Touhy Avenue STE G2, Des Plaines, IL 60018-3338 |
| 5656516 | + | EDI: DISCOVER | Oct 01 2025 22:45:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5666381 | | EDI: DISCOVER | Oct 01 2025 22:45:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5656517 | + | Email/Text: EBN@edfinancial.com | Oct 01 2025 18:47:00 | ED FINANCIAL/ESA, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5656519 | + | Email/Text: crdept@na.firstsource.com | Oct 01 2025 18:47:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5656521 | + | EDI: JPMORGANCHASE | Oct 01 2025 22:45:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5673114 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 01 2025 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5683963 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2025 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5656522 | + | EDI: PRA.COM | Oct 01 2025 22:45:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 5680873 | | EDI: PRA.COM | Oct 01 2025 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5656523 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 01 2025 18:47:00 | TOYOTA FINANCIAL, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5667133 | + | Email/Text: EBN@edfinancial.com | Oct 01 2025 18:47:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5656524 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 02 2025 03:59:03 | WELLS FARGO CARD SERVICES, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 5677302 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 02 2025 04:11:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Kim M Diddio | on behalf of Debtor 1 Christopher P Hardy kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher P Hardy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8134<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:24-bk-02453-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher P Hardy
aka Christopher Paul Hardy, aka Christop P Hardy, aka Christopher Hardy

10/1/25

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**