United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 24-02453-MJC

Christopher P Hardy                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                        Page 1 of 1

Date Rcvd: Mar 31, 2026                 Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

**Recip ID              Recipient Name and Address**
aty                 +  Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name**                        **Email Address**
John J Martin

                                pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net

Kim M Diddio

                                on behalf of Debtor 1 Christopher P Hardy kdiddio@diddiolaw.com
                                kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net

Matthew K. Fissel

                                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

                                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher P Hardy a/k/a Chrisopher Paul
Hardy a/k/a Christop P Hardy a/k/a Christopher
Hardy

Debtor(s)

Lakeview Loan Servicing, LLC

Movant

vs.

Christopher P Hardy a/k/a Chrisopher Paul Hardy
a/k/a Christop P Hardy a/k/a Christopher Hardy

Debtor(s)

John J. Martin, Esq.

Trustee

CHAPTER 7

NO. 24-02453 MJC

11 U.S.C. Sections 362

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and after Notice and opportunity for a hearing, with no responses filed, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1204 Upper Seese Hill Rd, Canadensis, PA 18325 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 31, 2026